SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–5662 PA (CWx) | Date | January 7, 2009 |
|---|---|---|---|
| Title | Elyan Enter., Inc. v. The Cloth Connection, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

    Defendant The Cloth Connection, Inc. ("Defendant") filed a counterclaim against plaintiff Elyan Enterprises, Inc., and a cross-claim against Na El, Inc. ("Cross-defendant"). No proof of service for Cross-defendant has been filed. Accordingly, no later than January 28, 2009, Defendant is ordered to show cause, in writing, why the cross-claim should not be dismissed for failure to prosecute. Alternatively, Defendant may respond by filing a proof of service for Cross-defendant. Failure to respond to this Order may result in the imposition of sanctions, including the dismissal of the cross-claim.

    The scheduling conference, currently on calendar for January 12, 2009, is continued to February 2, 2009 at 10:30 a.m. All parties shall appear. The parties are cautioned not to delay discovery as a result of the continuance of the scheduling conference. See Court's Standing Order, § 3(b).

    IT IS SO ORDERED.

 

                                                                                                                    :

Initials of Preparer